UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

MAC TRAVIS FRENCH,

    Plaintiff,

v.

                                                      Case No.:

LOGSDON FLEETING and/or LOGSDON
TUG SERVICE, INC.,

    Defendants.
_____/

## **COMPLAINT**

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance and cure.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about 03/28/2021, the vessel was sailing shorthanded/undermanned, Plaintiff was ordered to pull up a ½ inch steel cable covered with debris alone, which is usually cleaned up before shoring up a barge, when because of said failure to provide a seaworthy vessel and/or safe place to work, Defendant thereafter failed to authorize or underwrite necessary and reasonable cure/surgery, all resulting in injury, and prolongation and/or aggravation of the underlying injury,

respectively, said cure deprivation being based on the opinion of a known, discredited professional expert witness, thereby entitling Plaintiff to punitive damages for the undersigned undermining of Plaintiff's legal rights.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

   a. Pain and suffering, past future.

   b. Mortification, humiliation, fright shock and embarrassment.

   c. Loss of earnings and earning capacity.

   d. Hospital, pharmaceutical and other cure expenses.

   e. Aggravation of prior condition, if any there be.

   f. Inability to engage in social, recreational, and other pursuits previously enjoyed.

   g. Mental anguish.

   h. Found.

   i. Maintenance, cure, and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI  48009
248.258.6262, 248.258.6047
dob@obryanlaw.net

and

Burke, Warren, MacKay & Serritella, P.C.

*/s/ Frederic Mendelsohn (w/ consent*)
Frederic Mendelsohn, (6193281)
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
312.840.7004, 312.840.7900
fmendelsohn@burkelaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

MAC TRAVIS FRENCH,

    Plaintiff,

v.                                        Case No.:

LOGSDON FLEETING and/or LOGSDON
TUG SERVICE, INC.,

    Defendants.
_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                  Respectfully submitted,

                                  O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI 48009
248.258.6262, 248.258.6047
dob@obryanlaw.net

and

Burke, Warren, MacKay & Serritella, P.C.

*/s/ Frederic Mendelsohn (w/ consent)*
Frederic Mendelsohn, (6193281)
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
312.840.7004, 312.840.7900
fmendelsohn@burkelaw.com